THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH MINARIK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | CASE NO. C17-1615-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to transfer venue (Dkt. No. 19). The motion is GRANTED. The case shall be transferred to the United States District Court for the Eastern District of Michigan. The status conference scheduled for April 10, 2018 is hereby VACATED and Defendant's motion to dismiss (Dkt. No. 17) is STRICKEN. The Clerk is DIRECTED to statistically close the case in this district.

DATED this 13th day of March 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER C17-1615-JCC
PAGE - 1